**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | CR. NO. 1:18-10004-STA |
| ) | |
| GREGORY PEET, JR., ) | |
| ) | |
| Defendant. ) | |

---

**ORDER ON GUILTY PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on January 30, 2018, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Gregory Peet, Jr., appearing in person, and with counsel, Christina Wimbley.

The defendant entered a plea of guilty to Count 1 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **MONDAY, MAY 14, 2018 at 1:30 A.M., before Chief Judge S. Thomas Anderson.**

The defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 30th day of January, 2018.


                                                  s/ S. Thomas Anderson
                                                  CHIEF JUDGE, U. S. DISTRICT COURT